Dawson Morton
Cal. SBN 320811
Santos Gomez
Cal. SBN 172741
Maria Esmeralda Vizzusi,
Cal. SBN 289908
LAW OFFICES OF SANTOS GOMEZ
1003 Freedom Boulevard
Watsonville, CA 95076
Ph: 831-228-1560
Fax: 831-228-1542
dawson@lawofficesofsantosgomez.com
santos@lawofficesofsantosgomez.com
esmeralda@lawofficesofsantosgomez.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MIGUEL-SANCHEZ, LUIS ANTONIO MEZA-ESTRADA, and SERGIO JIMENEZ-CRUZ and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MESA PACKING, LLC.<br><br>Defendant. | CIVIL ACT. NO.: 5:20-cv-823-VKD<br><br>PLAINTIFFS' NOTICE OF FILING ADDENDUM TO CONSENT JUDGMENT AND STIPULATION FOR CLASS ACTION SETTLEMENT |

Plaintiffs file with this notice an addendum signed by all parties.  Ex. A.  The Addendum corrects a typographical error and amends the final sentence of the release to specify the third-parties, Earthbound Farm, LLC, Growers Express, LLC, The Nunes Company, Inc., and Ocean Mist Foods, LLC, who are included within the release.

DATED: May 11, 2021

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on May 11, 2021, electronically filed with the Clerk of the Court the foregoing PLAINTIFFS' NOTICE OF FILING ADDENDUM TO CONSENT JUDGMENT AND STIPULATION FOR CLASS ACTION SETTLEMENT and all attachments. This filing will be served upon the Defendant in this action using the Court's CM/ECF system which will electronically notice:

Ana Toledo
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
P.O. Box 2510
Salinas, CA 93902
atoledo@nheh.com
canossett@nheh.com

Counsel for Defendant

s/ Dawson Morton
Dawson Morton
