Dawson Morton
Cal. SBN 320811
Santos Gomez
Cal. SBN 172741
Maria Esmeralda Vizzusi,
Cal. SBN 289908
LAW OFFICES OF SANTOS GOMEZ
1003 Freedom Boulevard
Watsonville, CA 95076
Ph: 831-228-1560
Fax: 831-228-1542
dawson@lawofficesofsantosgomez.com
santos@lawofficesofsantosgomez.com
esmeralda@lawofficesofsantosgomez.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MIGUEL-SANCHEZ, LUIS ANTONIO MEZA-ESTRADA, and SERGIO JIMENEZ-CRUZ and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MESA PACKING, LLC.<br><br>Defendant. | CIVIL ACT. NO.: 5:20-cv-823-VKD<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**<br><br>Date:  September 28, 2021<br>Time: 10:00 A.M.<br>Ctrm: Courtroom 2, U.S. District Court, 280 South First St., 5th Floor, San Jose, CA |

Please take notice that, on October 20, 2020, at 2:00 p.m. or as soon thereafter as counsel may be heard, in Courtroom 2 of the San Jose U.S. District Courthouse, located at 1301 Clay Street, Fourth Floor, Oakland, California, Plaintiffs will and does hereby move for an order awarding fees in the amount of $400,000 and costs in the amount of up to $4,500.  Specifically, Plaintiffs move for an order:

1. Awarding Plaintiffs' attorney fees in the amount of $400,000 which is 21.6% of the gross settlement amount.

2.  Awarding Plaintiffs' attorneys their costs in an amount of at least $3,910.20.

DATED: July 21, 2021

*s/ D. Morton*
DAWSON MORTON
ATTORNEY FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on July 21, 2021, electronically filed with the Clerk of the Court the foregoing MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS and all attachments. This filing will be served upon the Defendants in this action using the Court's CM/ECF system which will electronically notice:

Ana Toledo
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
P.O. Box 2510
Salinas, CA 93902
atoledo@nheh.com
canossett@nheh.com

Counsel for Defendant

                                                    s/ Dawson Morton
                                                    Dawson Morton