Santos Gomez (Cal. SBN 172741)
Maria Esmeralda Vizzusi (Cal. SBN 289908)
Dawson Morton (Cal. SBN 320811)
**LAW OFFICES OF SANTOS GOMEZ**
1003 Freedom Boulevard
Watsonville, CA 95076
Ph: 831-228-1560
Fax: 831-228-1542
santos@lawofficesofsantosgomez.com
esmeralda@lawofficesofsantosgomez.com
dawson@lawofficesofsantosgomez.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MIGUEL-SANCHEZ, LUIS ANTONIO MEZA-ESTRADA, and SERGIO JIMENEZ-CRUZ and others similarly situated,<br><br>        Plaintiffs,<br><br> vs.<br><br>MESA PACKING, LLC,<br><br>    Defendants. | Class Action Case No. 5:20-cv-823-VKD<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CONSENT JUDGMENT AND STIPULATION FOR CLASS ACTION SETTLEMENT, AFFIRMATIVE RELIEF, AND RELEASE OF CLAIMS**<br><br>Date: September 28, 2021<br>Time: 10:00 A.M.<br>Ctrm: Courtroom 2, U.S. District Court, 280 South First St., 5th Floor, San Jose, CA |

  Please take notice that, on September 28, 2021, at 10:00 a.m or as soon thereafter as counsel may be heard, in Courtroom 2 of the San Jose Courthouse, located at 280 South First St., 5th Floor, San Jose, California, William Miguel-Sanchez, Luis Antonio Mesa-Estrada, and Sergio Jimenez-Cruz ("Plaintiffs") will and hereby do move for an order granting final approval of the class action settlement reached with Mesa Packing,

LLC ("Defendant" or "Mesa"). As used here, "Parties" refers to Plaintiffs and Defendant, collectively. Specifically, Plaintiffs move for an order:

1. Certifying for settlement purposes, for treatment as a class action under Rule 23 of the Federal Rules of Civil Procedure, the Settlement Class described in the Settlement, comprised of 697 persons that worked for Defendant as non-exempt piece rate workers during the period of February 4, 2016 to October 23, 2020 and whom have not excluded themselves from the settlement.

2. Granting final approval of the Settlement and finding the terms of the Settlement to be fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for members of the Settlement Class to opt out of the Settlement; and the procedure for members of the Settlement Class to object to the Settlement.

3. Finding that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4. Directing that all class members who did not timely file a request for exclusion from the Settlement are barred from prosecuting against the Released Parties any and all released claims as set forth in the Settlement..

5. Directing that Defendant make a payment to the settlement administrator, Atticus Administration, LLC, in accordance with the procedures set forth in the Settlement, of the amount needed to fund all amounts payable under the Settlement.

6. Directing payment of settlement administration fees by Defendant to Atticus Administration, LLC in the amount of $11,482 in accordance with the declaration of Chris Longley from the administrator, Atticus Administration, LLC.

7. Entering the consent judgment and stipulated settlement as a final order of this Court and retaining jurisdiction to enforce the consent judgment and stipulation for class action settlement.

8. Order Defendant must continue to comply with the nonmonetary

provisions of the Consent Judgment as set-forth within that Order through the year 2025.

    Plaintiffs' motion is made under Rule 23 of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate and is based on this Notice and attached Memorandum of Points and Authorities, the Declarations of Dawson Morton, Santos Gomez, and Chris Longley submitted herewith along with the declarations of Plaintiffs William Miguel-Sanchez, Luis Antonio Meza-Estrada and Sergio Jimenez-Cruz; the Second Amended Consent Judgment and Stipulation for Class Action Settlement, Affirmative Relief, and Release of Claims previously entered by this Court; the prior Motion for Approval of Fees and Costs, and its accompanying declarations;; all other pleadings and papers on file in this action; and any oral argument or other matter that the Court may consider.

Dated: September 2, 2021        LAW OFFICES OF SANTOS GOMEZ

                                          By: s/ *D. Morton*
                                          Dawson Morton
                                          Attorneys for Plaintiffs and the Settlement Class

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this _2nd_ day of September 2021 I have filed the foregoing MOTION FOR FINAL APPROVAL using the Court's CM/ECF system. The Court will electronically notice the following through the CM/ECF system:

Ana Toledo
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
P.O. Box 2510
Salinas, CA 93902
atoledo@nheh.com
canossett@nheh.com

Counsel for Mesa Packing, Inc.

s/ D. Morton
Dawson Morton