Ana C. Toledo  (State Bar No. 246636)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California  93902-2510
Telephone:     (831) 424-1414
Facsimile:      (831) 424-1975
atoledo@nheh.com

Attorneys for Defendant,
MESA PACKING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM MIGUEL-SANCHEZ, LUIS ANTONIO MEZA-ESTRADA, and SERGIO JIMENEZ-CRUZ and others similarly situated,, <br><br>Plaintiffs,<br><br>v.<br><br>MESA PACKING, LLC,<br><br>Defendant. | Case No. 5:20-cv-823-VKD<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CONSENT JUDGMENT AND STIPULATION FOR CLASS ACTION SETTLEMENT, AFFIRMATIVE RELIEF, AND RELEASE OF CLAIMS**<br><br>Date:         September 28, 2021<br>Time:        10:00 a.m.<br>Dept.:        2 |
|---|---|

Defendant MESA PACKING, LLC does not oppose Plaintiffs' Motion for Final Approval of consent Judgment and Stipulation for Class Action Settlement, Affirmative Relief, and Release of Claims and respectfully requests the Court to grant Plaintiffs' Motion in accordance with the settlement agreement entered into by and between the parties.

Defendant MESA PACKING, LLC does, however, deny Plaintiffs' allegations, in their respective declarations in support of the Motion for Final Approval, regarding intimidation, reprisals, and reputational damage by Defendant against Plaintiffs.

Dated:          September 16, 2021                NOLAND, HAMERLY, ETIENNE & HOSS
                                                  A Professional Corporation


                                                  By  */s/ Ana C. Toledo*
                                                      Ana C. Toledo
                                                      Attorneys for Defendant,
                                                      MESA PACKING, LLC

# CERTIFICATE OF SERVICE

I, Patricia Arce, declare:

I am a citizen of the United States and employed in Monterey County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 333 Salinas Street, Post Office Box 2510, Salinas, California 93902-2510.

On September 16, 2021, I electronically filed the attached document:

**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CONSENT JUDGMENT AND STIPULATION FOR CLASS ACTION SETTLEMENT, AFFIRMATIVE RELIEF, AND RELEASE OF CLAIMS**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Dawson Morton                                                   *Counsel for Plaintiff*
Santos Gomez                                                    *Moises Gomez-Gasca*
LAW OFFICES OF SANTOS GOMEZ
1003 Freedom Boulevard
Watsonville, CA 95076
Telephone (831) 228-1560
Facsimile (831) 228-1542
dawson@lawofficesofsantosgomez.com
Santos@lawofficesofsantosgomez.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*None*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2021, at Salinas, California.

*/s/ Patricia Arce*
Patricia Arce