UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MIGUEL-SANCHEZ, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>MESA PACKING, LLC,<br><br>            Defendant. | Case No.  20-cv-00823-VKD<br><br>**JUDGMENT** |

Pursuant to the Court's October 20, 2021 order (Dkt. No. 59) granting plaintiffs' motions for (1) final approval of the class action settlement; (2) attorneys' fees and costs; and (3) class representatives' incentive awards, the Court hereby enters final judgment in this action under Federal Rule of Civil Procedure 58 as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's orders and the Parties' class action settlement agreement ("Amended Consent Judgment and Stipulation for Class Action Settlement, Affirmative Relief, and Release of Claims") (Dkt. No. 48).

2. With the exception of the two class members who opted out of the settlement class, all class members are bound by this judgment and are barred from pursuing, or seeking to reopen, any of the released claims, as defined in the settlement agreement.

3. Without affecting the finality of this judgment, the Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all class members, for purposes of enforcing the terms of this judgment.

//

**IT IS SO ORDERED.**

Dated: October 21, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge